UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-01261-JST<br><br>**ORDER RE CORRECTIVE NOTICE**<br><br>Re: ECF No. 57 |

Now before the Court is the parties' joint submission concerning the corrective disclosure the Court previously ordered Defendants to make.  ECF No. 57; *see also* ECF No. 52.

The Court adopts Plaintiff's proposed corrective notice, ECF No. 57-1, pursuant to the analysis set forth in *Cnty of Santa Clara v. Astra USA, Inc.*, 2010 WL 2724512 (N.D. Cal. July 8, 2010).

**IT IS SO ORDERED.**

Dated:  June 5, 2024



JON S. TIGAR
United States District Judge