Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs and Proposed Class.*

[Additional Counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G., H.I., T.U., and V.W., individually and on behalf of all others similarly situations<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-01261-JST<br><br>Assigned to: Judge Jon S. Tigar<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE AND MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants (the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to adjust the schedule for briefing Defendants' Motion to Strike and Motions to Dismiss Plaintiffs' Amended Complaint, as follows:

WHEREAS, Plaintiffs filed their initial Complaint in this action on March 1, 2023 (Dkt. 1);

WHEREAS, on April 4, 2024, the Court ordered this case related to other actions arising from the same product recall (Dkt. 28);

WHEREAS, the Defendants moved to dismiss the complaints in several of the related cases which raised both jurisdictional and substantive challenges to the complaints (Dkt. 38);

WHEREAS, following the inintial case management conference and consistent with the Court's guidance, the Court so-ordered a stipulation submitted by the Parties bisecting jurisdictional and venue issues from other issues raised in the motions to dismiss in all related actions, including the class action, and address the jurisdictional and venue issues first through the related *Walden et al. v. CooperSurgical, Inc. et al.*, No. 4:24-cv-00903-JST, case (Dkt. 38);

WHEREAS, the parties in the related actions completed briefing on jurisdiction and venue issues in *Walden* and a hearing on that briefing is set for September 12, 2024 (No. 24-cv-00903 Dkt. 47);

WHEREAS, Plaintiffs in the class action filed the amended, operative class action Complaint in this action on May 23, 2024, which added two California plaintiffs, T.U. and V.W. (Dkt. 53);

WHEREAS, on July 11, 2024, Defendants each filed Motions to Dismiss (Dkt. 67, 68) and jointly filed a Motion to Strike Class Allegations (Dkt. 69) which made Plaintiffs' briefs in opposition to all motions due July 25, 2024, and Defendants' reply briefs due August 1, 2024;

WHEREAS, Defendants noticed a September 12, 2024 hearing date for all three motions;

WHEREAS, on July 17, 2024, the Parties met and conferred to discuss the briefing schedule of all three motions. Plaintiffs inquired whether Defendants would stipulate to stay the briefing in the class action until after the Court entered an order on the jurisdiction and venue issues in *Walden*. Defendants declined, citing the fact that they were not moving on jurisdiction and venue issues as to the California plaintiffs, and noting that Plaintiffs filed an amended complaint after entry of the May 6, 2024 case management order;

WHEREAS, on July 18, 2024, to the Parties conferred again and could not reach agreement on staying the case pending resolution of the *Walden* jurisdiction and venue briefing, but agreed to adjust the response and reply deadlines for all three pending motion, making Plaintiffs' opposition to the Motion to Strike due August 1, 2024, and Defendants' reply in support of the Motion to Strike due August 12, 2024, and Plaintiffs' opposition to the Motions to Dismiss due August 12, 2024, and Defendants' reply in support of the Motions to Dismiss due August 29, 2024;

WHEREAS, the requested extension will not prejudice any party and will not impact the timely resolution of this matter;

**NOW, THEREFORE**, the parties, subject to the Court's approval, hereby stipulate, agree, and respectfully request that the Court enter the following schedule:

| Event | Current Date | Proposed Deadline |
|---|---|---|
| **Plaintiff's opposition to Defendants' motion to strike class allegations** | July 25, 2024 | August 1, 2024 |
| **Plaintiff's opposition to CooperSurgical, Inc.'s motion to dismiss** | July 25, 2024 | August 12, 2024 |
| **Plaintiff's opposition to The Cooper Companies, Inc.'s motion to dismiss** | July 25, 2024 | August 12, 2024 |
| **Defendants' reply in support of motion to strike class allegations** | August 1, 2024 | August 12, 2024 |
| **CooperSurgical, Inc.'s reply in support of motion to dismiss** | August 1, 2024 | August 29, 2024 |
| **The Cooper Companies, Inc.'s reply in support of motion to dismiss** | August 1, 2024 | August 29, 2024 |
| **Hearing on all motions** | September 12, 2024 | Same |

Dated: July 23, 2024

By:    */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000t)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com
pjohnson@girardsharp.com

|   |   |   |
|---|---|---|
| | | Joseph G. Sauder |
| | | Matthew D. Schelkopf |
| | | Juliette T. Mogenson |
| | | **SAUDER SCHELKOPF LLC** |
| | | 1109 Lancaster Avenue |
| | | Berwyn, PA 19312 |
| | | Tel: (888) 711-9975 |
| | | Facsimile: (610) 421-1326 |
| | | Email: jgs@sstriallawyers.com |
| | | Email: mds@sstriallawyers.com |
| | | Email: jtm@sstriallawyers.com |
| | | |
| | | Tracey B. Cowan (State Bar No. 250053) |
| | | **CLARKSON LAW FIRM, P.C.** |
| | | 95 3rd St., 2nd Floor |
| | | San Francisco, CA 94103 |
| | | Telephone: (213) 788-4050 |
| | | Facsimile: (213) 788-4070 |
| | | Email: tcowan@clarksonlawfirm.com |
| | | |
| | | Ryan J. Clarkson (State Bar No. 257074) |
| | | Shireen M. Clarkson (State Bar No. 237882) |
| | | Olivia E. Davis (State Bar No. 353041) |
| | | **CLARKSON LAW FIRM, P.C.** |
| | | 22525 Pacific Coast Highway |
| | | Malibu, CA 90265 |
| | | Telephone: (213) 788-4050 |
| | | Facsimile: (213) 788-4070 |
| | | Email: rclarkson@clarksonlawfirm.com |
| | | Email: sclarkson@clarksonlawfirm.com |
| | | Email: odavis@clarksonlawfirm.com |
| | | |
| | | *Attorneys for Plaintiffs and Proposed Class* |
| Dated: July 23, 2024 | By: | */s/ Jenny A. Covington* |
| | | Jenny A. Covington |
| | | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | | 1600 Utica Avenue South, Suite 600 |
| | | Minneapolis, MN 55416 |
| | | Telephone: (612) 464-7626 |
| | | Facsimile: (612) 255-7499 |
| | | Email: jenny.covington@nelsonmullins.com |
| | | |
| | | *Attorney for Defendants* |

JOINT STIPULATION TO ADJUST BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT
Case No. 4:24-cv-01261-JST

**IT IS SO STIPULATED.**

**PUSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____      _____
                                  HONORABLE JON S. TIGAR
                                  United States District Judge

## ATTESTATION OF FILER

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 23, 2024               /s/ Dena C. Sharp
                                   Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                            */s/ Dena C. Sharp*
                                            Dena C. Sharp

7

JOINT STIPULATION TO ADJUST BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT
Case No. 4:24-cv-01261-JST