United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6

7   F.G., et al.,                                    Case No. 24-cv-01261-JST

8              Plaintiffs,

9          v.                                          **ORDER SETTING CASE
                                                        MANAGEMENT CONFERENCE**
10  COOPERSURGICAL, INC., et al.,

11             Defendants.

12

13         The Court sets a case management conference for October 2, 2024 at 9:30 a.m.  A joint

14  case management statement is due by September 25, 2024.  The sole topic of the conference, and

15  of the case management statement, is what action the Court should take on the pending motions to

16  dismiss and motion to strike, ECF Nos. 67, 68, 69, in light of the Court's recent Order Granting

17  Defendants' Motions to Dismiss and Granting Plaintiffs Jurisdictional Discovery in *Walden v.*

18  *CooperSurgical*, 4:24-cv-00903-JST (N.D. Cal. Sept. 9, 2024).

19         **IT IS SO ORDERED.**

20  Dated:  September 12, 2024

21                                                   _____
                                                            JON S. TIGAR
22                                                   United States District Judge

23
24
25
26
27
28