Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs and Proposed Class.*

[Additional Counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G., H.I., T.U., and V.W., individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-01261-JST<br><br>Assigned to: Judge Jon S. Tigar<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 2, 2024<br>Time: 9:30 AM<br>Courtroom: 6, 2nd Floor |

Pursuant to this Court's order dated September 12, 2024, Civil L.R. 16-9, and the Standing Order for All Judges of the Northern District of California, Plaintiffs F.G., H.I., T.U., and V.W., and Defendants The Cooper Companies, Inc. ("Cooper Companies") and CooperSurgical, Inc. ("CooperSurgical") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement.

The Court's September 12 order instructed the Parties to address the sole topic of "what action the Court should take on the pending motions to dismiss and motion to strike, ECF Nos. 67, 68, 69, in light of the Court's recent Order Granting Defendants' Motions to Dismiss and Granting Plaintiffs Jurisdictional Discovery in *Walden v. CooperSurgical*, 4:24-cv-00903-JST (N.D. Cal. Sept. 9, 2024)." Order, ECF No. 84.

**I.     Joint Statement**

The Parties have conferred and jointly request, that, to ensure the orderly progress of these cases and in the interests of judicial efficiency, the Court defer determining how best to address the pending motions to dismiss and strike until after the Judicial Panel on Multidistrict Litigation's decision on the pending petition to transfer and centralize, which is set for hearing September 26. *See In re: The Cooper Companies, Inc., In Vitro Fertilization Global Culture Media Products Liability*, MDL No. 3122, ECF No. 43 (Aug. 16, 2024) (setting panel hearing for Sep. 26, 2024).

As laid out in the Parties' July 24, 2024 joint stipulation regarding the briefing schedule for the pending motions, ECF No. 74, because there is a California plaintiff in the class action, the Parties believe the Court has sufficient jurisdictional authority to decide the pending motions. But in view of the pendency of the JPML petition, which the Parties expect will be determined shortly after the September 26 hearing, the Parties believe determining how to proceed on the pending motions should await a decision on centralization and transfer.

If acceptable to the Court, the Parties agree to submit a further status update addressing the issue of the pending motions to dismiss and strike within seven (7) days of a decision by the JPML on the outstanding petition to transfer and centralize the related cases. The Parties are likewise available to attend a subsequent case management conference following their submission.

| | |
|---|---|
| DATED: September 25, 2024 | BY:     /s/ *Dena C. Sharp*<br>Dena C. Sharp (State Bar No. 245869)<br>Adam E. Polk (State Bar No. 273000t)<br>Nina R. Gliozzo (State Bar No. 333569)<br>Patrick T. Johnson (State Bar No. 329580)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dsharp@girardsharp.com<br>apolk@girardsharp.com<br>ngliozzo@girardsharp.com<br>pjohnson@girardsharp.com<br><br>Joseph G. Sauder<br>Matthew D. Schelkopf<br>Juliette T. Mogenson<br>**SAUDER SCHELKOPF LLC**<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Tel: (888) 711-9975<br>Facsimile: (610) 421-1326<br>Email: jgs@sstriallawyers.com<br>Email: mds@sstriallawyers.com<br>Email: jtm@sstriallawyers.com<br><br>Tracey B. Cowan (State Bar No. 250053)<br>**CLARKSON LAW FIRM, P.C.**<br>95 3rd St., 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br>Facsimile: (213) 788-4070<br>Email: tcowan@clarksonlawfirm.com<br><br>Ryan J. Clarkson (State Bar No. 257074)<br>Shireen M. Clarkson (State Bar No. 237882)<br>Olivia E. Davis (State Bar No. 353041)<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br>Facsimile: (213) 788-4070<br>Email: rclarkson@clarksonlawfirm.com<br>Email: sclarkson@clarksonlawfirm.com<br>Email: odavis@clarksonlawfirm.com |

*Attorneys for Plaintiffs and Proposed Class*

DATED: September 25, 2024

BY:    */s/ Jenny A. Covington*
Jenny A. Covington
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone:   (612) 464-7626
Facsimile:   (612) 255-7499
Email: jenny.covington@nelsonmullins.com

*Attorney for Defendants*

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 25, 2024                              /s/ *Dena C. Sharp*
                                                                          Dena C. Sharp

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                              */s/ Dena C. Sharp*
                                              Dena C. Sharp