UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-01261-JST<br><br>**ORDER RE DEFENDANT COOPERSURGICAL, INC.'S PENDING MOTION TO DISMISS**<br><br>Re: ECF No. 68 |

　　　　Defendant CooperSurgical, Inc.'s motion to dismiss is currently pending before the Court. ECF No. 68.  The parties agree that the Court should defer ruling on the portion of that motion directed to the non-California Plaintiffs.  *See* ECF No. 88 at 2.  They disagree as to whether the Court should also defer ruling on the portion of CooperSurgical's motion addressed to the claims of Plaintiffs T.U. and W.V., who reside in California (the "California Claims"), or whether the Court should rule on those claims now.  *See id.* at 3–4.  On October 29, 2024, the Court heard the parties' competing arguments on that issue.

　　　　The Court now gives notice that it will rule on the California Claims portion of CooperSurgical's motion.  Accordingly, that portion of the motion is now under submission.

　　　　**IT IS SO ORDERED.**

　　　　Dated:  November 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge