**CLARKSON LAW FIRM, P.C.**
Tracey B. Cowan (SBN 250053)
tcowan@clarksolawifrm.com
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Laura E. Older (*Pro hac vice*)
lolder@clarksonlawfirm.com
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Telephone: (202) 998-2299

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.U. and V.W., individually and on behalf of all others similarly situated, | Case No. 4:24-cv-01261-JST |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT; STIPULATION TO VACATE DATES** |
| v. | |
| COOPERSURGICAL, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs T.U. and V.W. ("Plaintiffs") and Defendant CooperSurgical, Inc. ("Defendant") by and through their respective counsel, hereby submit, stipulate, and agree as follows:

WHEREAS, Plaintiffs, in their individual capacities, and Defendant (collectively, "The Parties") entered into a settlement in principle (the "Settlement");

WHEREAS, the Parties are working to memorialize the Settlement in a full and complete agreement;

WHEREAS, the Parties will file a notice of dismissal on or before July 31, 2026, or for good cause shown, or joint request for extension of time, as necessary.

NOW THEREFORE, the parties hereby stipulate and agree that:

1. All deadlines and other dates in this case should be vacated; and

2. The Parties will file a notice of dismissal on or before July 31, 2026, or for good cause shown, or joint request for extension of time, as necessary.

DATED: May 1, 2026                    **CLARKSON LAW FIRM, P.C.**

                                      By: */s/ Tracey B. Cowan*
                                          Ryan J. Clarkson
                                          Shireen M. Clarkson
                                          Tracey B. Cowan
                                          Laura E. Older (*pro hac vice*)

                                      **GIRARD SHARP LLP**
                                          Sarah R. London
                                          Dena C. Sharp
                                          Nina R. Gliozzo

                                      *Attorneys for Plaintiffs T.U. and V.W.*


DATED: May 1, 2026                    **CARLTON FIELDS, LLP**
                                      **CARLTON FIELDS, P.A**

                                      By: */s/ Scott E. Byers*
                                          Jenny A. Covington
                                          Scott E. Byers (*Pro Hac Vice*)
                                          Enrique D. Arana (*Pro Hac Vice*)
                                          Holly Dutton
                                          Stephen Beke

                                      *Attorneys for Defendant COOPERSURGICAL, INC.*

2

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Tracey B. Cowan*
Tracey B. Cowan

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES