**CLARKSON LAW FIRM, P.C.**
Tracey B. Cowan (SBN 250053)
tcowan@clarksolawifrm.com
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Laura E. Older (*Pro hac vice*)
lolder@clarksonlawfirm.com
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Telephone: (202) 998-2299

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.U. and V.W., individually and on behalf of all others similarly situated, | Case No. 4:24-cv-01261-JST |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL** |
| v. | |
| COOPERSURGICAL, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs T.U. and V.W. ("Plaintiffs") and Defendant CooperSurgical, Inc. ("Defendant") by and through their respective counsel, hereby submit, stipulate, and agree as follows:

WHEREAS, Plaintiffs, in their individual capacities, and Defendant (collectively, "The Parties") entered into a settlement in principle (the "Settlement");

WHEREAS, the Parties have come to an agreement and are working to finalize the settlement in full;

WHEREAS, the Parties had filed a stipulation to on May 1, 2026 (ECF No. 179) stating a dismissal will be filed on July 31, 2026, the Parties need additional time to fulfill the settlement agreement;

WHEREAS, the Court issued an Order on May 5, 2026 (ECF No. 180) closing the case in 90 days of the Order unless a notice is filed.

WHEREAS, the Parties anticipate the settlement to completed in full in August, the Parties will file a notice of dismissal on or before August 31, 2026, or for good cause shown, or joint request for extension of time, as necessary.

NOW THEREFORE, the parties hereby stipulate and agree that:

The Parties will file a notice of dismissal on or before August 31, 2026, or for good cause shown, or a joint request for extension of time, as necessary.

DATED: July 13, 2026                           **CLARKSON LAW FIRM, P.C.**

                                                By: */s/ Tracey B. Cowan*
                                                Ryan J. Clarkson
                                                Shireen M. Clarkson
                                                Tracey B. Cowan
                                                Laura E. Older (*pro hac vice*)

                                                **GIRARD SHARP LLP**
                                                Sarah R. London
                                                Dena C. Sharp
                                                Nina R. Gliozzo

                                                *Attorneys for Plaintiffs T.U. and V.W.*

DATED: July 13, 2026                           **CARLTON FIELDS, LLP**
                                                **CARLTON FIELDS, P.A**

                                                By: */s/ Scott E. Byers*
                                                Jenny A. Covington

2

STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL

Scott E. Byers (*Pro Hac Vice*)
Enrique D. Arana (*Pro Hac Vice*)
Holly Dutton
Stephen Beke

*Attorneys for Defendant COOPERSURGICAL, INC.*

STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:  */s/ Tracey B. Cowan*
Tracey B. Cowan

4
STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL